# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA R. HARRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL NO. 08-302-GPM |
| TENET HEALTHCARE CORPORATION, TENET HEALTHSYSTEM SL, INC., TENET HEALTHSYSTEM SL-HLC, INC., GEORGE MATUSCHAK, M.D., CARL KAPLAN, M.D., and SAINT LOUIS UNIVERSITY, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On June 26, 2008, Plaintiff filed a stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 50). The Court notes that all of the Defendants have signed the stipulation and have agreed to the following terms for dismissal:

(a) That this action may be re-filed in the City of St. Louis, Missouri, within one year of dismissal herein;

(b) That Defendants, Tenet Healthsystem SL, Inc., Tenet Healthsystem SL-HLC, Inc., and Saint Louis University, when subsequently named in any action re-filed within one year of dismissal herein shall not raise any statute of limitations defenses;

(c) That Defendants, Tenet Healthcare Corporation and Drs. Matuschak and Kaplan, will not be named as defendants in any subsequent action based upon the same operative facts; and

(d) That all parties shall bear their own respective costs and attorneys' fees.

As such, the Court **DISMISSES** Plaintiff's case **without prejudice** subject to the foregoing terms of dismissal.

**IT IS SO ORDERED.**

DATED: 06/30/08

*s/ G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge